1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RUBEN R. TORREZ, as Personal
Representative of the Estate of LOUIE
TORREZ, JR.,

                    Plaintiff,

        vs.

UNITED STATES OF AMERICA,

                    Defendant.

CV-12-0065-LRS

ORDER OF DISMISSAL

Upon the Stipulation and Order of Dismissal of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.   The Clerk of the Court shall forward copies of this order to Plaintiff and to counsel for defendant.

DATED this 3rd day of April, 2013.


                                    *s/Lonny R. Suko*
                            _____
                                    LONNY R. SUKO
                            UNITED STATES DISTRICT JUDGE


ORDER OF DISMISSAL - 1